# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DANIEL E. SCOTT, | ] | |
| Movant, | ] | |
| vs. | ] | CRIMINAL NO. 93-UWC-RRA-290-NE |
| THE UNITED STATES OF AMERICA, | ] | |
| Respondent. | ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the movant's Rule 60(b)(6) motion be denied. The movant has filed objections to the report and recommendation. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The Rule 60(b)(6) motion is due to be DENIED. An appropriate order will be entered.

Done this 27th day of January, 2006.

U.W. Clemon
Chief United States District Judge